United States Courts
Southern District of Texas
FILED

MAY 0 4 2021

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
Kianna Zhane Galvan

**CRIMINAL COMPLAINT**

Case Number: C-21-523M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 2, 2021** in **Brooks** County, in the
(Date)
Southern District of Texas, defendant, **Kianna Zhane Galvan**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Adam S. Nichols**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Adam S. Nichols**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

May 4, 2021
Date

at   Corpus Christi, Texas
City and State

**Julie K. Hampton  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On May 2, 2021, at approximately 7:00pm, a Border Patrol Agent in an unmarked service vehicle was parked at the Pintor Ranch entrance gate south of the U.S. Border Patrol Immigration Checkpoint near Falfurrias, Texas. The Pintor Ranch Gate is located approximately 0.5 miles south of the Falfurrias Checkpoint. The agent observed a red Hyundai sedan driving northbound on U.S. Highway 281 and then entered the turnaround in the center median of the highway. The agent observed a female driver who appeared to be conversing with someone in the backseat, but the agent was unable to observe anyone in the backseat at that time. The agent readied his vehicle believing the red sedan was going to drop off individuals into the brush and flee the area (a common tactic used by alien smuggling drivers is to use the turnarounds in the median of the highway to drop off illegal aliens who then attempt to circumvent the checkpoint). The agent then observed the driver look at his vehicle and seemed to be trying to figure out if he was law enforcement. The vehicle then entered the highway and began to travel southbound. The agent began to follow the vehicle and relayed to other agents his observations.

As the agent was following the red sedan, he observed what appeared to be dark shadows in the rear seat which he believed to be people attempting to duck down out of view. The vehicle then entered the next turnaround on the highway and began to pull off the pavement near the trees. The vehicle then entered the northbound lanes of the highway and continued north. The vehicle then entered the same initial turnaround at the Pintor Ranch Gate and turned to head back southbound on Highway 281.

At this time, agents arrived in a marked service vehicle and positioned their vehicle behind the red sedan. When the marked unit arrived, the driver of the red sedan accelerated and began to swerve around other traffic. Due the three successive turnarounds, the erratic driving, individuals possibly attempting to conceal themselves in the rear seat, and the proximity to the U.S. Border Patrol Checkpoint, the agent initiated a traffic stop. When the agents turned on their emergency equipment, the driver of the red sedan pulled off the highway into the center grass median and stopped. Agents approached the vehicle and identified the driver as Kianna Zhane Galvan, a United States citizen. In the vehicle were four additional passengers, one front seat passenger and three back seat passengers. The passengers were questioned as to their immigration status and all admitted to being citizens of Mexico illegally present in the United States. Galvan and the illegal aliens were placed under arrest and taken to the Falfurrias Checkpoint for further investigation.

## MIRANDA RIGHTS WARNING:

Subjects were read their rights in their preferred language and signed accordingly that they understood their rights.

## Defendant Statement: Kianna Zhane Galvan

Kianna Zhane Galvan stated she was approached by four unknown individuals on May 2, 2021, at around 4:00pm at Stripes in Alamo, Texas, where they boarded her vehicle. Galvan stated she was instructed to pick up another unknown individual at Dave and Busters in McAllen, Texas but the individual did not

show up to be picked up. Galvan then proceeded to drive north bound to the Falfurrias Border Patrol Checkpoint. Galvan stated she was under the instruction of an individual by the name of "Brandon" whom she contacted via Whatsapp. Galvan was under instructions to drop off the individuals just south of the Falfurrias Border Patrol Checkpoint in an attempt to circumvent the checkpoint. Galvan stated she was going to be paid $300.00 dollars per individual by "Brandon". Galvan gave consent to search her cell phone. Evidence provided via Whatsapp after searching the cell phone corroborated Galvan's story.

**Material Witness Statement: David Hernandez-Martinez**
David Hernandez-Martinez stated he was taken to a house at an unknown location this morning (April 2, 2021). Hernandez stated the group was dropped off at a Whataburger near a plaza. Hernandez stated a younger female picked them up and stated she would take them north. Hernandez stated he was in the vehicle for only 20 minutes before they were stopped by the United States Border Patrol south of the Falfurrias Border Patrol Checkpoint. Hernandez was able to positively identify Galvan in a photo lineup as the driver of the vehicle.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Kianna Zhane Galvan for prosecution of 8 USC 1324, Alien Smuggling. David Hernandez-Martinez will be held as a Material Witness.

Adam S. Nichols
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day May 4, 2021

Julie K. Hampton
United States Magistrate Judge