# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                  Case Number: 2:21–cr–00454

Kianna Zhane Galvan

---

### Notice of Resetting

**A proceeding has been reset in this case as to Kianna Zhane Galvan as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

**DATE:** 10/18/2021

**TIME:** 02:45 PM

**TYPE OF PROCEEDING:** Sentencing

---

Date:    September 16, 2021                                 Nathan Ochsner, Clerk